UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.	Case No. 3:24-cr-237-WWB-PDB
	18 U.S.C. § 2252(a)(2)

WILLIAM CLARENCE KIERNAN, JR.
  a/k/a "StiFanboy"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 11, 2024, in the Middle District of Florida, the defendant,

WILLIAM CLARENCE KIERNAN, JR.,
a/k/a "StiFanboy,"

did knowingly distribute a visual depiction using facilities of interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of the violation of 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, a Samsung Galaxy Note cellular phone seized from defendant on or about October 11, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

ROGER B. HANDBERG  
United States Attorney

By: _____  
D. RODNEY BROWN  
Assistant United States Attorney

By: _____  
MICHAEL J. COOLICAN  
Assistant United States Attorney  
Deputy Chief, Jacksonville Division

3

FORM OBD-34
11/12/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## WILLIAM CLARENCE KIERNAN, JR.
a/k/a "StiFanboy"

## INDICTMENT

Violations: 18 U.S.C. § 2252(a)(2)



Filed in open court this _13th_ day

of November, 2024.

_____
Clerk

Bail   $_____

GPO 863 525